CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Dennis Jay Price, II, Esq., SBN 279082
Prathima Reddy Price, Esq., SBN 321378
Robert Doyle, Esq., SBN 321925
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
DennisP@potterhandy.com
PrathimaP@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson,** | Case No. 3:21-cv-07000-VC |
| Plaintiff, | **Motion for Administrative Relief Requesting Case Management Conference Pursuant to General Order 56** |
| v. | |
| **George R. Zorb** | Hon. Vince Chhabria<br>Hon. Susan Van Keulen |
| Defendant. | |

Plaintiff Scott Johnson, through his counsel of record, hereby requests that a Case Management Conference be set for the above entitled matter. The parties attended the mediation on February 11, 2022, and were unable to reach a resolution. The mediation was certified as complete on February 11, 2022. Dkt. 23. Further mediation would not be productive until discovery has been at least partially completed and a motion for summary judgment has been filed. Accordingly, Plaintiff requests that a Case Management Conference be set.

| | |
|---|---|
| Dated: February 16, 2022 | CENTER FOR DISABILITY ACCESS |
| | By:/s/Prathima Price |
| | Prathima Price, Esq. |
| | Attorney for Plaintiff |