1
2
3
4
5
6                        UNITED STATES DISTRICT COURT
7                       NORTHERN DISTRICT OF CALIFORNIA
8

9  **Scott Johnson,**                    | Case No. 3:21-cv-07000-VC
10                                       |
11           Plaintiff,                  | **[Proposed] Order Granting Motion for Administrative Relief**
12      v.                               |
13                                       | Hon. Vince Chhabria
14  **George R. Zorb**                   | Hon. Susan Van Keulen
15                                       |
16           Defendant.                  |

17
18
19     Having read the foregoing request, it is hereby ordered that a Case
20  Management Conference be set for
21  _____.
22
23  **IT IS SO ORDERED.**

24  Dated: _____         _____
25                               HONORABLE SUSAN VAN KEULEN
                                 UNITED STATES MAGISTRATE JUDGE
26
27
28

[proposed] ORDER                          1           Case No. 3:21-cv-07000-VC