Ara Sahelian, Esq., [CBN 169257]
SAHELIAN LAW OFFICES
25108 Marguerite Pkwy, Ste A
Mission Viejo, CA 92692
949. 859. 9200
e-mail: contact@sahelianlaw.com
Attorneys for George R. Zorb

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO)

Scott Johnson,

Plaintiff,

vs.

George R. Zorb,

Defendants,

**CASE NO.: 3:21-cv-07000-VC**

The Honorable Vince Chhabria

**RESPONSE TO THE COURT'S ORDER RE JURISDICTIONAL DISCOVERY**

# RESPONSE TO THE COURT'S ORDER RE JURISDICTIONAL DISCOVERY

On July 6, 2022, the Court entered an order declining supplemental jurisdiction over the Unruh claim. (Dkt 32).

Additionally, the Court offered the Defendant a choice between a three-month jurisdictional discovery or an evidentiary hearing. Defendant respectfully requests a three-month period of jurisdictional discovery.

Dated: July 20, 2022

SAHELIAN LAW OFFICES

Ara Sahelian, Esq.